ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 4 2014
CLERK, U.S. DISTRICT COURT
By_____
         Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| EVAN PATTERSON (1)<br>KELVIN WILLIAMS (2) | 3-14CR-378-L |

## INDICTMENT

The Grand Jury Charges:

### INTRODUCTION

At all times material to this Indictment, unless otherwise indicated:

1. Defendant **Evan Patterson ("Patterson")** and defendant **Kelvin Williams ("Williams")** were U.S. citizens and resided in the Northern District of Texas.

2. The following companies: Nike, Ugg, Beats, Burberry, Cartier, Chanel, Christian Dior, Carolina Herrera, New Era, Oakley, Michael Kors, North Face, National Football League, Coach, Gucci, National Basketball Association, Major League Baseball, Ray Ban, Prada, Ralph Lauren, Versace, Vera Wang, White Diamonds, Tory Burch, Armani, True Religion, Rolex, Lacoste, Fendi, Dolce & Gabbana, Hermes, and Louis Vuitton registered and owned trademarks (collectively, the "Trademarks") on the principal register of the United States Patent and Trademark Office ("USPTO") that were registered for use as described below:

| Reference Name | Company | U.S. Trademark Registration No. | Description |
|---|---|---|---|
| Armani | Giorgio Armani S.P.A. | 1156891 | "Giorgio Armani" word mark, perfume |
| Beats | Beats Electronics, LLC | 3881677 | Design and word mark, headphones |
| Beats | Monster Cable Products, Inc. | 2799884 | Design mark, electrical cables, wires and connectors for audio components |
| Beats | Nanoventions, Inc. | 2862142 | "Unison" work mark, plastic film |
| Burberry | Burberry Ltd. | 2022789 | Design mark, belts |
| Burberry | Burberry Ltd. | 2732617 | Design mark, perfumes |
| Burberry | Burberry Ltd. | 2629931 | "Burberry" word mark, perfumes |
| Burberry | Burberry Ltd. | 2634190 | "Burberry Touch" word mark, perfumes |
| 212 Sexy | Carolina Herrera Ltd. | 2052980 | "Carolina Herrera" word mark, perfume |
| Cartier | Cartier International B.V. | 1329299 | "Cartier" word mark, eyeglasses and eyeglass frames |
| Chanel | Chanel, Inc. | 1654252 | CC Monogram design, sunglasses |
| Chanel | Chanel, Inc. | 3982024 | "Chance Chanel Eau Tendre" word mark, perfume |
| Chanel | Chanel, Inc. | 1734822 | "C'C" stylized design mark, handbags, wallets |
| Christian Dior | Parfums Christian Dior, S.A. Corp. | 2696047 | "J'Adore" typed drawing mark, perfume |
| Christian Dior | Parfums Christian Dior, S.A. Corp. | 3176192 | "Fahrenheit Dior" word mark, perfume |
| Coach | Coach Services, Inc. | 86199155 | "Coach New York" word mark, eyewear |
| Coach | Coach Services, Inc. | 3696470 | CC Design mark, headgear |
| Coach | Coach, Inc. | 2832589 | Signature 8 C design mark, sunglasses |
| Dolce & Gabbana | Stephano Gabbana | 1742622 | "Dolce & Gabbana" word mark, perfume, eyeglasses, handbags, wallets, purses |
| Fendi | Fendi Adele S.R.L. | 1439955 | "F" and "Fendi" word mark, belts, handbags |
| Gucci | Gucci America, Inc. | 3039629 | Interlocking Non-Facing GG mark, footwear and belts |
| Gucci | Gucci America, Inc. | 3443328 | Horsebit Design attached mark, handbags |
| Gucci | Gucci America, Inc. | 3660040 | Gucci Crest Design mark, sunglasses |
| Gucci | Gucci American, Inc. | 3376129 | Word mark, wallets, handbags |

| | | | |
|---|---|---|---|
| Hermes | Hermes | 1292597 | Horse & Carriage with Trainer Design mark, belts |
| Jadore | Parfums Christian Dior | 2455674 | "Jadore" word mark, perfume |
| Lacoste | Lacoste Alligator, S.A. | 1035615 | "Lacoste" word mark, perfume |
| Louis Vuitton | Louis Vuitton Malletier | 2378388 | Louis Vuitton Paris and Design mark, handbags, shoulder bags, brief cases, pocket wallets, purses |
| Louis Vuitton | Louis Vuitton Malletier | 0297594 | "LV" word mark and design mark, handbags |
| Louis Vuitton | Louis Vuitton Malletier | 4192541 | "LV" and flower-like design mark, sunglasses, accessories for telephones, tablets, backpacks, handbags, wallets, purses |
| Louis Vuitton | Louis Vuitton Malletier | 1841850 | Flowers within a partially shaded square design mark, handbags, briefcases, wallets, pocket wallets |
| Louis Vuitton | Louis Vuitton Malletier | 1990760 | "Louis Vuitton" word mark, belts, watches, handbags, wallets, pocket wallets |
| Louis Vuitton | Louis Vuitton Malletier | 1519828 | "LV" stylized word mark, handbags, pocketbooks |
| Louis Vuitton | Louis Vuitton Malletier | 3023930 | Flower in Circle design mark, sunglasses |
| Louis Vuitton | Louis Vuitton Malletier | 3051235 | Flower in Rhombus design mark, sunglasses |
| Louis Vuitton | Louis Vuitton Malletier | 3021231 | Flower Design mark, sunglasses |
| Louis Vuitton | Louis Vuitton Malletier | 2828919 | Brass Lock mark, wallets, bags, purses, leather and imitation leather products, packs, handbags, wallets, belts |
| Louis Vuitton | Louis Vuitton Malletier | 2421618 | Checkered Patterson design mark, rucksacks, handbags |
| Louis Vuitton | Louis Vuitton Malletier | 2361695 | LV logo mark, belts |
| Louis Vuitton | Louis Vuitton Malletier | 2263903 | Man-Made Textured Patterson design mark, shoulder bags, wallets, handbags, purses, billfolds |
| Louis Vuitton | Louis Vuitton Malletier | 3531297 | Louis Vuitton Bags & Trunk Logo mark, rucksacks, handbags, sling bags, shoulder bags, purses, wallets |
| Michael Kors | Michael Kors L.L.C. | 2049326 | "Michael Kors" word mark, belts |
| Michael Kors | Michael Kors L.L.C. | 2520757 | "Michael Kors" word mark, handbags, backpacks |

| | | | |
|---|---|---|---|
| Michael Kors | Michael Kors L.L.C. | 3438412 | "MK" word mark, sunglasses, eyewear cases, handbags, clothing |
| Michael Kors | Michael Kors L.L.C. | 3160981 | "Michael Kors" word mark, watches |
| Michael Kors | Michael Kors L.L.C. | 2520758 | "Michael Kors" word mark, eyeglasses, eyeglass cases |
| MLB | Major League Baseball Properties | 2675477 | "MLB Authentic Collection" word mark, clothing caps, hats, jerseys |
| NBA | NBA Properties, Inc. | 73696675 | Drawing Lined for the Colors Red and Blue design mark plus words and letters, and/or numbers, t-shirts, sport shirts |
| NBA | NBA Properties, Inc. | 74415223 | Typed drawing mark, jerseys |
| NBA | NBA Properties, Inc. | 1525782 | "NBA" word mark plus design mark, footwear, apparel |
| New Era/Redskins | New Era | 3811674 | "NE New Era" word mark, hats, baseball caps, apparel, headwear |
| NFL | National Football League | 2941347 | Stylized NFL letters mark, jerseys |
| NFL | National Football League | 3581281 | Design plus words mark, jerseys |
| Nike | Nike, Inc. | 1284385 | Swoosh design mark, apparel |
| Nike | Nike, Inc. | 1325938 | Swoosh design mark, footwear |
| Nike | Nike, Inc. | 0978952 | "Nike" word mark, athletic shoes |
| Nike | Āle, Inc. | 1307123 | "Nike Air" typed drawing mark, footwear |
| Nike | Nike, Inc. | 0977190 | Swoosh design mark, athletic shoes |
| Nike | Nike, Inc. | 1742019 | Jumpman design mark, footwear and clothing |
| Oakley | Oakley | 1521599 | "Oakley" word mark, sunglasses and accessories |
| Oakley | Oakley, Inc. | 1980039 | "Oakley" word mark, sunglasses and cases |
| Ralph Lauren | Polo Ralph Lauren | 3306101 | Polo Ralph Lauren and Design mark, knit shirts, t-shirts |
| Ralph Lauren | Polo Ralph Lauren | 3514013 | "Ralph Lauren Notorious" word mark, perfume |
| Prada | Prada | 4051748 | "Prada Milano" word mark, sunglasses |
| Ray Ban | Luxottica Group S.P.A. | 1093658 | Ray-Ban (Script) design word mark, stylized lettering, protective covers for sunglasses, eyeglasses |
| Ray Ban | Luxottica Group S.P.A. | 650499 | Ray-Ban (Script) design mark, sunglasses |
| Ray Ban | Luxottica Group S.P.A. | 1320460 | Ray-Ban in slanted script with serrated mark, sunglasses and carrying cases |
| Ray Ban | Luxottica Group S.P.A. | 1080886 | "Ray-Ban" word mark, sunglasses |

| Rolex | Rolex Watch U.S.A. Inc. | 101819 | "Rolex" word mark, watches and cases |
|---|---|---|---|
| North Face | The North Face Apparel Corp. | 3538773 | "The North Face" design plus words, clothing |
| Tory Burch | Tory Burch LLC | 3428374 | "Tory Burch" word mark, handbags |
| True Religion | True Religion | 3628973 | "True Religion" word mark, jeans |
| Ugg | Ugg | 3050925 | "Ugg" word mark, footwear |
| Vera Wang | V.E.W. Ltd. Corp. | 3184309 | "Vera Wang Princess" word mark, perfume |
| Versace | Gianni Versace S.P.A. | 2190233 | "Versace" word mark, glasses and sunglasses |
| Versace | Gianni Versace S.P.A. | 2426052 | "Versace Jeans Couture" word mark, belts |
| Versace | Gianni Versace S.P.A. | 2121984 | typed drawing mark, perfume, luggage, handbags, wallets, belts, clothing |
| White Diamonds | DF Enterprises, Inc. | 1853981 | "White Diamonds" word mark, perfume |

3. All of the Trademarks in Paragraph 2 above were in use at all times relevant to this Indictment.

4. The counterfeit marks used by the defendants to sell goods were: (a) spurious marks used in connection with trafficking goods; (b) that were identical with, or substantially indistinguishable from, marks registered for those goods on the principal register in the USPTO and in use, whether or not the defendant(s) knew such marks were so registered; and (c) the use of which was likely to cause confusion, to cause mistake, or to deceive.

5. The counterfeit goods sold by the defendants were clothing, apparel, and accessories manufactured by an unauthorized source to replicate authentic genuine, brand name goods. They bore counterfeit trademarks or logos, and they were manufactured without the authority or permission of the trademark owners.

**Count One**
Conspiracy to Traffic in Counterfeit Goods
(Violation of 18 U.S.C. § 371)(18 U.S.C. § 2320(a))

6. The allegations contained in paragraphs 1 through 5 of the Introduction to this Indictment are re-alleged and incorporated by reference as though fully set forth in this paragraph.

THE OBJECT OF THE CONSPIRACY

7. Beginning in or about January 2010, and continuing through on or about December 31, 2013, in the Dallas Division of the Northern District of Texas, and elsewhere, defendants **Patterson** and **Williams**, together with persons known and unknown to the Grand Jury, knowingly and intentionally conspired and agreed to traffic in counterfeit goods by knowingly and intentionally trafficking in and attempting to traffic in counterfeit goods that bore a counterfeit mark on or in connection with such goods that were likely to cause confusion, mistake or deception, in violation of 18 U.S.C. §§ 371 and 2320(a).

THE MANNER AND MEANS OF THE CONSPIRACY

8. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

   a. **Patterson** and **Williams** established and operated a warehouse and showroom used to store and sell counterfeit goods to other persons.

   b. **Patterson** and **Williams** would cause goods bearing counterfeit marks to be imported from overseas suppliers to the United States.

   c. **Patterson** and **Williams** sold and caused to be sold counterfeit goods through numerous registered websites in his name.

   d. **Patterson** and **Williams** opened and attempted to maintain various bank

accounts and payment service companies in order to receive payment for sales of counterfeit goods and make payments to suppliers of the counterfeit merchandise.

  e. **Patterson** and **Williams** maintained contact and sales ledgers with different suppliers of counterfeit goods primarily through email.

## OVERT ACTS

  9. In furtherance of the conspiracy and to accomplish its object, on or about the dates set forth below, **Patterson** and **Williams** performed and caused to be performed, in the Northern District of Texas and elsewhere, the following overt acts, among others:

  a. During 2010, **Patterson** sold counterfeit Nike footwear through several websites registered in his name.

  b. On or about November 7, 2011, **Patterson** registered the website domain jerseyparadise.com in order to advertise and sell counterfeit goods to consumers.

  c. On or about December 10, 2012, **Patterson** registered several different P.O. boxes and used them to receive counterfeit merchandise from suppliers.

  d. On or about December 17, 2012, **Patterson** paid a foreign supplier approximately $50,000 for counterfeit goods.

  e. On or about December 20, 2012, **Patterson** sold approximately 540 counterfeit sports jerseys to another person.

  f. On or about January 31, 2013, **Patterson** attempted to import a shipment of counterfeit Nike and NFL trademarked jerseys.

  g. On or about June 6, 2013, **Patterson** sold counterfeit Louis Vuitton, Michael Kors, NFL, and NBL merchandise to another person from the warehouse and showroom located at 2125 Pioneer Parkway, Grand Prairie, Texas 75051 ("showroom").

  h. On or about June 27, 2013, **Williams** sold counterfeit Michael Kors handbags to another person from the showroom.

  i. On or about July 11, 2013, **Patterson** attempted to import a shipment of counterfeit Beats headphones.

  j. On or about July 29, 2013, **Patterson** used email addresses to communicate with counterfeit goods suppliers in China.

  k. On or about November 14, 2013, **Williams** sold counterfeit Michael Kors, NFL, Ugg, and North Face items to another person at the showroom.

  l. On or about November 20, 2013, **Williams** possessed approximately 750 counterfeit items consisting of sports jerseys, Nike shoes, Ugg boots, North Face outerwear, designer handbags, wallets, belts, watches, and perfumes at the showroom.

In violation of 18 U.S.C. § 371 (18 U.S.C. § 2320(a)).

### Counts Two through Eight
Trafficking in Counterfeit Goods, Aiding and Abetting
(Violation of 18 U.S.C. §§ 2320(a) and 2)

10.  The allegations contained in paragraphs 1 through 5 of the Introduction to this Indictment are re-alleged and incorporated by reference as though fully set forth in this paragraph.

11.  On or about the dates listed below, in the Dallas Division of the Northern District of Texas, and elsewhere, for each count below, defendants **Evan Patterson** and **Kelvin Williams**, and others known and unknown to the Grand Jury, intentionally trafficked in, attempted to traffic in, and aided and abetted one another and others engaged in trafficking in counterfeit goods, as described below, and knowingly used on and in connection with such goods a counterfeit mark as described below, namely, a spurious mark identical to and substantially indistinguishable from a genuine mark in use and registered for use in connection with those goods on the principal register in the United States Patent and Trademark Office ("USPTO"), and the use of which mark was likely to cause confusion, mistake, and to deceive.

| Count | Defendant(s) | Date | Counterfeit Goods |
|---|---|---|---|
| 2 | Patterson | 12/20/2012 | 540 Nike, NFL Jerseys |
| 3 | Patterson | 1/31/2013 | 73 Nike, NFL Jerseys |
| 4 | Patterson | 6/6/2013 | 6 items with Louis Vuitton, Michael Kors, MLB, and NFL |
| 5 | Williams | 6/27/2013 | 2 items with Michael Kors |
| 6 | Patterson | 7/11/2013 | 8 pair Beats Headphones |
| 7 | Williams | 11/14/2013 | 6 items with Michael Kors, NFL, Ugg, and The North Face |
| 8 | Williams | 11/20/2013 | 597 items with counterfeit Burberry, Cartier, Chanel, Coach, Fendi, Gucci, Hermes, Louis Vuitton, Michael Kors, New Era, Nike, Oakley, Polo Ralph Lauren, Prada, The North Face, Tory Burch, and True Religion marks |

All in violation of 18 U.S.C. §§ 2320 and 2.

## Count Nine
Conspiracy to Commit Mail Fraud
(Violation of 18 U.S.C. § 1349)(18 U.S.C. § 1341)

12. The allegations contained in paragraphs 1 through 5 of the Introduction to this Indictment are re-alleged and incorporated by reference as though fully set forth in this paragraph.

### THE OBJECT OF THE CONSPIRACY

13. Beginning on a date unknown to the Grand Jury, but no earlier than on or about January 1, 2010, and continuing through on or about December 31, 2013, in the Dallas Division of the Northern District of Texas, and elsewhere, defendants **Patterson** and **Williams**, together with persons known and unknown to the Grand Jury, knowingly and intentionally conspired and agreed to commit mail fraud, in violation of 18 U.S.C. §§ 1349 and 1341.

### THE MANNER AND MEANS OF THE CONSPIRACY

14. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

   a. **Patterson** and **Williams** established and operated a warehouse and showroom used to store and sell counterfeit goods to other persons.

   b. **Patterson** and **Williams** would cause these goods bearing counterfeit marks to be imported from overseas suppliers to the United States using the U.S. mail.

   c. **Patterson** and **Williams** used various mail carriers to ship and receive counterfeit goods over the course of the conspiracy.

   d. **Patterson** and **Williams** opened several P.O. boxes in order to receive counterfeit goods from suppliers.

In violation of 18 U.S.C. § 1349 (18 U.S.C. § 1341).

## Forfeiture Notice
(18 U.S.C. § 2323)

15. As a result of the violations of 18 U.S.C. §§ 371 and 2320, as set forth in Count One through Eight, respectively, defendants **Evan Patterson** and **Kelvin Williams** shall forfeit to the United States any property constituting or derived from proceeds directly or indirectly, or property traceable thereto, as a result of those violations, or any property that was involved in or facilitated the violations, or property traceable thereto, pursuant to 18 U.S.C. § 2323.

A TRUE BILL

*Angela Beard*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Brandon N. McCarthy*
Brandon N. McCarthy
Assistant United States Attorney
Texas Bar No. 24027486
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8667
Facsimile: 214.659.8809
Email: Brandon.mccarthy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

EVAN PATTERSON (1)
KELVIN WILLIAMS (2)

INDICTMENT

18 U.S.C. § 371 (18 U.S.C. § 2320(a))
Conspiracy to Traffic in Counterfeit Goods

18 U.S.C. §§ 2320(a) and 2
Trafficking in Counterfeit Goods, Aiding and Abetting

18 U.S.C. § 1349 (18 U.S.C. § 1341)
Conspiracy to Commit Mail Fraud

18 U.S.C. § 2323
Forfeiture Notice

9 Counts

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this _____ day of September, 2014

**WARRANTS TO ISSUE** as to defendants Evan Patterson and Kelvin Williams

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Case Pending